# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Pruco Life Insurance Company** | **CIVIL ACTION** |
| versus | NO:   07-9615 |
| **Shala Marie Constance, et al.** | SECTION: "C" (5) |

## ORDER AND REASONS

Before the Court is the Motion of Michael Broussard to Withdraw as Counsel to Sherry Lynn Scruggs, Trustee of the Scruggs Family Trust, A Revocable Inter Vivos Trust Dated May 1, 2004 and Trustee of the Scruggs Family Trust, An Irrevocable Inter Vivos Trust Dated March 26, 2005. (Rec. Doc. 58).   For the reasons below, the motion is DENIED.

First, counsel claims that he is likely to be a witness in the instant matter and therefore is precluded by the Louisiana Rules of Professional Conduct in representing another party in the matter.  While it is true that another defendant in the matter, Shala Marie Constance, alleged that Mr. Broussard acted improperly at the time he represented her, that issue has been settled by virtue of this Court's order to re-open the matter and for the proceeds to be returned to the Court registry. (Rec. Doc. 54).  Counsel has not indicated how the allegations of improper conduct could or would be relevant to the primary issue before this Court going forward, namely  the distribution of the life insurance proceeds to the proper party.

Second, counsel claims that the pending legal malpractice claims in the state court proceeding and the Motion for Contempt filed in this matter require his withdrawal.  The Court does not doubt that Mr. Broussard may be called as a witness in the state court proceedings, however,

Sherry Lynn Scruggs, his client in this federal matter, is not a party, adverse or otherwise, to the state court proceedings. Therefore, whether or not Mr. Broussard is a witness in the state court proceedings is irrelevant to his representation of Sherry Lynn Scruggs in the instant matter. As to the Motion for Contempt, counsel misunderstands the motion. Defendant Shala Marie Constance only asked for a finding of contempt for future non-compliance with this Court's orders and not for any past conduct.

Accordingly,

IT IS ORDERED that the motion is DENIED. **However, a motion to substitute attorney will be considered if and when it is properly filed.**

New Orleans, Louisiana, this 13th day of April, 2009.

**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**