**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **Pruco Life Insurance Company** | **CIVIL ACTION** |
| **versus** | **NO: 07-9615** |
| **Shala Marie Constance, et al.** | **SECTION: "C" (5)** |

**ORDER**

Before the Court is a Motion to Substitute Security by Guy Olano, Jr., in his capacity as Trustee of the 2007 Scruggs Family Trust. (Rec. Doc. 106).

IT IS ORDERED that Olano's motion is DENIED. IT IS FURTHER ORDERED that Olano appear at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, before the Honorable Helen Berrigan at 9:30 a.m on 28th day of April, 2010 to show cause why he should not be held in contempt, or otherwise sanctioned, for failing to comply with the Court's June 15, 2009, order. (Rec. Doc. 76).

New Orleans, Louisiana, this 30th day of March, 2010.

**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**