UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRUCO LIFE INSURANCE COMPANY, *<br>Plaintiff *** | **CIVIL ACTION NO. 07-9615** |
| **versus *<br>*** | **SECTION: C** |
| **THE SCRUGGS FAMILY TRUST, A *<br>REVOCABLE INTER VIVOS TRUST *<br>DATED MAY 1, 2004, et al, *<br>Defendant *** | **MAGISTRATE 5** |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

Defendant, **Shala Constance, as Trustee of the 2004 and 2005 Scruggs Family Trusts** ( Constance ), has moved for an order compelling **Guy W. Olano, Jr., as Trustee of the 2007 Scruggs Family Trust** ( Olano ), to (a) respond to Interrogatories and Requests for Production, and (b) for attorney s fees for bringing this motion.

### a. Interrogatories and Requests for Production

Constance served Olano with Interrogatories and Requests for Production on September 3, 2009. (Exhibit A). More than five months have elapsed since those interrogatories and requests were served. A telephone conference, scheduled by a letter of March 16, 2010, was held on March 19, 2010 regarding the outstanding discovery. Counsel for Olano requested fifteen additional days within which to provide responses. However, that period has ended and no

responses to those Interrogatories and Requests for Production have been provided. *FRCP 37(a)(3)(B)* allows a party to move to compel disclosure (and for appropriate sanctions) if a party fails to answer interrogatories or to respond to requests for production.

**b. Conclusion**

Pursuant to *Federal Rule of Civil Procedure 37(a)(1)* and *Local Rule 37.1E*, the undersigned certifies that he has conferred with counsel for Olano in writing and by telephone concerning the failure to respond to discovery, but despite requests, Olano has failed to provide responses within the agreed-upon delay. Accordingly, Constance respectfully requests that this Court enter an order compelling Olano to respond to the discovery requests and to pay reasonable expenses incurred in obtaining an order, including attorney's fees.

**Respectfully submitted,**


***s/ J. Keith Hardie, Jr.***
**J. Keith Hardie, Jr. (LSBA# 17586)**
**757 St. Charles Avenue, Suite 304**
**New Orleans, LA 70130**
**Telephone: (504) 522-6222**
**Facsimile: (504) 522-6226**


## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2010 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to Counsel for all parties to the proceeding.

*s/ J. Keith Hardie, Jr.*
J. Keith Hardie, Jr. (LSBA #17586)